UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

PAUL KOHN,

                Plaintiff,

      v.                                                               ORDER

WELLS FARGO BANK, NA, et al.,                                16-cv-6660 (GBD)

                Defendants.

------------------------------------- x

GEORGE B. DANIELS, District Judge:

    For the reasons stated on the record, Defendants' motion to dismiss Plaintiff's Complaint (ECF No. 16) is DENIED with respect to Count I (Breach of Contract) and GRANTED with respect Count II (Quantum Meruit). Accordingly, Count II (Quantum Meruit) of Plaintiff's Complaint is dismissed with prejudice. The Clerk of Court is instructed to close the motions at ECF Nos. 16 and 19.

Dated: March 9, 2017
       New York, New York

                                      SO ORDERED.

                                      *[signature]*
                                      GEORGE B. DANIELS
                                      UNITED STATES DISTRICT JUDGE